BLANCA QUINTERO
x7118
12/13/2017

FILED
DEC 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Oscar LOPEZ,<br>Defendant. | Case No.: 17MJ4721<br>COMPLAINT FOR VIOLATION OF<br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

COUNT 1

On or about December 12, 2017, within the Southern District of California, defendant, Oscar LOPEZ, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 1.26 kilograms (2.78 pounds), of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

COUNT 2

On or about December 12, 2017, within the Southern District of California, defendant, Oscar LOPEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 16.76 kilograms (36.95 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

12/12

COUNT 3

On or about December 12, 2017, within the Southern District of California, defendant, Oscar LOPEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.14 kilograms (2.51 pounds), of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Nicholas Brown
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF December, 2017.

Hon. Nita L. Stormes
U.S. MAGISTRATE JUDGE

United States of America
vs.
Oscar LOPEZ

## PROBABLE CAUSE STATEMENT

I, Special Agent Nicholas Brown, declare under penalty of perjury, the following is true and correct:

On December 12, 2017, at approximately 4:57 a.m., Oscar LOPEZ (LOPEZ), a United States Citizen, attempted to enter the United States at the Otay Mesa, California, Port of Entry via vehicle lane 8. LOPEZ was the driver, registered owner, and sole occupant of a white Ford Bronco bearing a California license plate.

A U.S. Customs and Border Protection (CBP) Officer assigned to the Otay Mesa Port of Entry made contact with LOPEZ and received a negative customs declaration. The vehicle was referred to secondary inspection due to a computer generated alert.

A CBP Officer assigned to the Otay Mesa Port of Entry performed an x-ray of the white Ford Bronco and noticed the image contained anomalies in the fuel tank.

A CBP Canine Enforcement Officer (CEO) assigned to the Otay Mesa Port of Entry was conducting canine enforcement operations. The CEO observed the Narcotics and Human Detection Dog (NHDD) alert to the presence of a trained odor emanating from the white Ford Bronco.

A CBP Officer was assigned to conduct a secondary inspection of the vehicle. The CBP Officer conducted a 7 - point inspection of the white Ford Bronco and observed anomalies in the fuel tank. Pursuant to the inspection, the CBP Officer found 35 packages

concealed inside the fuel tank. 31 packages revealed a white crystal substance which tested positive for the properties of crystal methamphetamine. The total weight of the 31 packages was 16.76 kilograms (36.95 pounds). 2 packages revealed a brown tar-like substance which tested positive for the properties of heroin. The total weight of the 2 packages was 1.26 kilograms (2.78 pounds). 1 package revealed a white powdery substance which tested positive for the properties of cocaine. The total weight of the 1 package was 1.14 kilograms (2.51 pounds). 1 package revealed a white powdery substance which preliminarily tested positive for the properties of morpholinosulfur triflouride. The total weight of the 1 package was 1.30 kilograms (2.87 pounds).

At approximately 10:00 a.m., Homeland Security Investigations (HSI) Special Agents E. Velazquez and N. Brown interviewed LOPEZ. LOPEZ agreed to waive his Miranda rights and speak with agents. During the interview, LOPEZ admitted knowledge of the drugs in his vehicle and stated he was going to be paid $2,500 USD to smuggle the drugs into the United States.

LOPEZ was arrested and charged with violation(s) of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance.